IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-cr-40008-JPG-14 |
| | ) | |
| DAWN E. UNTERFER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Dawn E. Unterfer's motion for leave to proceed *in forma pauperis* (Doc. 442).   A federal court may permit an indigent party to proceed without pre-payment of fees.   28 U.S.C. § 1915(a)(1).   Nevertheless, a court can deny a qualified plaintiff leave to file *in forma pauperis* or can dismiss a case if the action is clearly frivolous or malicious or fails to state a claim.   28 U.S.C. § 1915(e)(2)(B)(i) & (ii).   Unterfer currently has no active proceeding for which she would need *in forma pauperis* status.   Therefore, the Court **DENIES** her motion **as moot** (Doc. 442).

**IT IS SO ORDERED.**
**DATED:   August 29, 2016**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**